AO 91 (Rev. 11/11) Criminal Complaint

AUSA: DePorre Telephone: (810) 766-5177
Special Agent: Zylik, ATF Telephone: (810) 341-5710

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Jason Rashad Miller,

Case: 4:26-mj-30596
Judge: Ivy, Curtis

Filed: 09-23-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 2, 2026 in the county of Genesee in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(o) | Unlawful possession of a machinegun |
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |
| 21 U.S.C. § 841(a) and (b)(1)(B)(vi) | Possession with intent to distribute controlled substances including over 40 grams of a mixture and substance containing fentanyl. |

This criminal complaint is based on these facts:

There is probable cause that on or about June 2, 2026, in the Eastern District of Michigan, Jason Rashad Miller committed violations of 18 U.S.C. § 922(o) (unlawful possession of an unregistered machinegun); 18 U.S.C. § 922(g)(1) (felon in possession of a firearm and ammunition); and 21 U.S.C. § 841(a) and (b)(1)(B)(vi) (possession with intent to distribute controlled substances including over 40 grams of a mixture and substance containing fentanyl).

☑ Continued on the attached sheet.

*Complainant's signature*

Christopher Zylik, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: September 23, 2026

City and state: Flint, MI

Hon. Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since January 2022. I am currently assigned to the Detroit Field Division, Flint Field Office. Before working for the ATF, I was employed by the Michigan Department of State Police (MSP) for eight years. During my employment with ATF and MSP, I have conducted or participated in numerous criminal investigations focused on firearms, armed drug trafficking, and criminal street gangs, and other violations of federal law.

2. I make this affidavit from my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. Other law enforcement and I are currently investigating Jason Rashad Miller, for violations of 18 U.S.C. § 922(o) (unlawful possession of an unregistered machinegun); 18 U.S.C. § 922(g)(1) (felon in possession of a firearm and ammunition); and 21 U.S.C. § 841(a) and (b)(1)(B)(vi) (possession with intent to distribute controlled substances including over 40 grams of a mixture and substance

containing fentanyl).

4. In the second half of May 2026, Davison Investigations and Criminal Enforcement (DICE) conducted a controlled purchase utilizing a DICE confidential informant. The confidential informant was cooperating with DICE in exchange for reduced charges on a pending case. The confidential informant was observed to go to Miller's residence at 8253 Meadowwood Dr, Davison, MI, Genesee County, Eastern District of Michigan. The confidential informant purchased a quantity of crack-cocaine directly from Jason Miller.

5. In the first half of June 2026, DICE conducted a second controlled purchase, utilizing the same confidential informant as mentioned above. Fentanyl and crack-cocaine were purchased directly from Jason Miller at his residence.

6. Leasing records indicate that Jason Miller is a lessee of 8253 Meadowwood Dr, Davison, MI.

7. On July 2, 2026, a state search warrant was authorized for Jason Miller's residence at 8253 Meadowwood Dr, Davison, MI.

8. Police executed the search warrant on June 2, 2026. Prior to executing it, officers observed Jason Miller and two other adults and a child leave 8253 Meadowwood Drive.

9. During the search warrant, officers found the following items in the

kitchen:

- white powdery substance in sandwich baggie on top of the refrigerator. MSP lab analysis: approximately 25.36 grams, no controlled substance detected.
- 25 rounds of Blazer 10mm ammunition on top of the refrigerator.
- 1 round of 9mm ammunition on top of refrigerator.
- Brown chunky substance in sandwich baggie on top of the refrigerator.
- Letter for Jason Miller, 8253 Meadowwood Dr., on top of the refrigerator.
- 20 rounds of 7.62 x 54 ammunition on top of the refrigerator.
- Brown chunky substance in sandwich baggie located inside of the freezer. Per MSP lab analysis: approximately 69.39 grams of fentanyl.
- Jack press with brown residue in kitchen lower cabinet by north wall.
- White chunky substance in sandwich baggie on top of cupboard on north wall. Per MSP lab analysis: approximately 7.03 grams of cocaine base.

- Black and green digital scale with residue in the upper drawer of a cabinet on north wall.
- White chunky substance in sandwich baggie in the upper drawer of a cabinet along north wall.
- Two notebooks/ledgers containing narcotic sales on kitchen table in dining area.
- Black and green digital scale with residue on kitchen table in dining area.

10. In the main bedroom closet in a laundry hamper, officers found a Glock, model 19 Gen5, serial number AHGM028 with a machinegun conversion device attached. This firearm was loaded with 31 live rounds of 9mm ammunition including a chambered round and 30 rounds in a 31-round magazine.

11. In the living room officers found a Smith and Wesson, .50 caliber revolver inside of its respective gun box on the floor near the entertainment stand. Also seized was an Apple laptop computer with serial number C02MNMTKFH00 located on the entertainment center.

12. In the lower bedroom closet officer located a green Apple iPhone and a blue Apple iPhone in a suitcase; and miscellaneous paperwork for Jason Miller in the closet.

13. In the upstairs east bedroom on top shelf in the closet officers found a ERMOX, XPro, 12 gauge, shotgun, serial number 630-H24PT-9024, loaded with six live rounds of 12 gauge ammunition.

14. In the upstairs west bedroom officers found a brown chunky substance in sandwich baggie on the floor, suspected of being psilocybin mushrooms.

15. From Jason Miller's person, $1,800 in US currency was seized in the following denominations: $800 in 100s, $100 in 50's, $860 in 20s, $20 in 10s, and $20 in 5s.

16. Based on my training and experience, I know that the amount of cocaine base and fentanyl were consistent with distribution and not use and possession.

17. SA Hurt is recognized by ATF as an expert in interstate nexus of firearms. The Glock, model 19, 9mm caliber pistol; the Smith and Wesson .50 caliber revolver pistol; and the ERMOX, XPro, 12-gauge shotgun, were all manufactured outside the State of Michigan.

18. I reviewed Miller's criminal history which shows he has the following prior felony convictions which a punishable by a term of imprisonment exceeding one year:

- 2017, Felony home invasion 2nd degree and unarmed robbery, Genesee County Circuit Court.

- 2020, Felony possession of controlled substances less than 25 grams and maintaining a drug house, Genesee County Circuit Court.

19. Based on the foregoing, there is probable cause that on June 2, 2026, in the Eastern District of Michigan, Jason Rashad Miller committed violations of 18 U.S.C. § 922(o) (unlawful possession of an unregistered machinegun); 18 U.S.C. § 922(g)(1) (felon in possession of a firearm and ammunition); and 21 U.S.C. § 841(a) and (b)(1)(B)(vi) (possession with intent to distribute controlled substances including over 40 grams of a mixture and substance containing fentanyl).

Christopher Zylik
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on September 23, 2026.

Hon. Curtis Ivy, Jr.
United States Magistrate Judge